DAVIESS COUNTY, Respondent, v. FRAME *et al.*, Appellants.

1. Judgment affirmed.

*Gardenhire*, for appellants.

*Knott*, (attorney general,) for the County.

NAPTON, Judge, delivered the opinion of the court.

The record in this case presents no point of law for review. The case was submitted to the court without instructions; and no error is assigned except the refusal of the court to grant a new trial.

The judgment is affirmed; the other judges concur.